Page: 1 of 1

JANET E. WRIGHT
County Court at Law No. 3
6611 Hillcrest Avenue
#257
Dallas, Texas   75205
214/653-7831

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

12/8/2015 2:13:46 PM

LISA MATZ
Clerk

December 8, 2015

In Re:   No. 05-15-00879-CV
         TC #CC-11-00258-C
         Lorrie Frazin v.
         Marc Sauty and Benedicte Sauty

     I have been made aware of an order dated 11-4-15 to file the trial transcript in the above case by approximately 11-14-15 .  I did not receive this order by e-mail, as is customary.

     Arrangements were made for ordering the transcript in late October/early November.

     I will file the trial transcript no later than December 14, 2015.

                         Janet E. Wright
                         Official Court Reporter
                         County Court at Law No. 3